NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAVID W. HOLMES,                    )
                                    )
          Appellant,                )
                                    )
v.                                  )          Case No. 2D17-4631
                                    )
STATE OF FLORIDA,                   )
                                    )
          Appellee.                 )
_____ )

Opinion filed April 18, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Lee County; Bruce E. Kyle,
Judge.

David W. Holmes, pro se.


PER CURIAM.


          Affirmed.  See § 775.084(4)(a)(1), Fla. Stat. (1995); Johnson v. State, 60

So. 3d 1045 (Fla. 2011); State v. Hogan, 451 So. 2d 844 (Fla. 1984); Peters v. State,

861 So. 2d 1236 (Fla. 2d DCA 2003); Forshee v. State, 579 So. 2d 388 (Fla. 2d DCA

1991); Thomas v. State, 778 So. 2d 429 (Fla. 5th DCA 2001); Graves v. State, 704 So.

2d 147 (Fla. 1st DCA 1997).


SILBERMAN, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.